Paul S. Padda, Esq. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: paulpaddalaw.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cr-0250-APG-GWF |
| ) | |
| v. ) | |
| ) | |
| **ANDREI RAILEANU,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## STIPULATION TO CONTINUE SENTENCING

### (First Request)

Certification: In accordance with Local Rule 12-1(c), the parties, by and through undersigned counsel, certify that this stipulation is *timely* filed.

      Pursuant to this Court's Local Rules 45-1, the parties respectfully request that the Court approve this stipulation to extend the current date for sentencing in this matter. In support of this stipulation, the parties represent the following:

      1.     On August 3, 2017 the Court permitted Defendant to enter a *nolo contendere* plea in this case. Accordingly, trial was vacated in this matter.

      2.     By Notice issued on September 26, 2017 the Court set the date for Defendant's sentencing to occur on November 7, 2017 at 2 p.m.

3. Counsel for Defendant represents that he communicated with his client last week and that his client has instructed him to seek a continuance of the current sentencing date. Defendant has indicated he has additional questions regarding his pre-sentence report which are best discussed in person. However, because Defendant is detained in Pahrump, Nevada, his counsel will have to dedicate at least half a day traveling to the Southern Nevada Detention Center while balancing several other competing case commitments including out of travel for depositions in a civil case. The additional time requested herein will permit counsel for Defendant sufficient time to meet with Defendant while communicating any additional information, if any, to the United States Probation Officer assigned to Defendant's case and the Court that may be appropriate based upon the meeting with Defendant. Depending upon what is communicated to the probation officer, an amendment to the pre-sentence report may be required.

4. Counsel for Defendant represents that he is authorized based upon instructions received from his client to request this continuance of the current sentencing date. This stipulation is being sought by Defendant based upon his need to confer with his attorney and not for the purpose of any delay.

5. In light of the foregoing, the parties respectfully request that the Court schedule sentencing in this case to occur no earlier than December 11, 2017.

Respectfully submitted,

/s/ *Brandon Jaroch*  /s/ *Paul S. Padda*
_____  _____
Brandon Jaroch, Esq.  Paul S. Padda, Esq.
Attorney for the United States  Attorney for the Defendant
Dated: November 1, 2017  Dated: November 1, 2017

**IT IS SO ORDERED:**

**The Court having reviewed the stipulation submitted by the parties to continue the current sentencing date, it is hereby ordered that the stipulaton is approved. Sentencing in this matter currently scheduled for November 7, 2017 is hereby continued to and until the following date and time:**

**Date:** February 1, 2018

**Time:** 9:30 a.m., Courtroom 6C.

_[signature]_
**UNITED STATES DISTRICT JUDGE**

**Dated:** November 1, 2017

CERTIFICATE OF SERVICE

In compliance with the Court's Local Rules, the undersigned hereby certifies that on November 1, 2017 a copy of the foregoing document was served (via the Court's CM/ECF system) upon all counsel of record in this matter.

/s/ *Paul S. Padda*
_____
Paul S. Padda, Esq.